# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARQUIS PRATCHER,
ADC #149663                                                                                    PLAINTIFF

V.                              3:15V00053 DPM/JTR

MISSISSIPPI COUNTY DETENTION CENTER, et al.            DEFENDANTS

## ORDER

On July 16, 2015, mail sent to Plaintiff at the Arkansas Department of Correction was returned undeliverable because Plaintiff has been released on parole without providing a forwarding address. *Doc. 15.* In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

2. Plaintiff must file, **within thirty days of the entry of this Order**: (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) an Amended Application to Proceed *In Forma Pauperis.*

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

3. Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 17th day of July, 2015.

*[signature: J. Thomas Ray]*
UNITED STATES MAGISTRATE JUDGE