IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARQUIS PRATCHER,
ADC #149663                                                                                      PLAINTIFFS

v.                              No. 3:15-cv-53-DPM-JTR

KRISTINA STANKEWICZ, Nurse;
LUTHER WHITFIELD, Lieutenant; and
STEPANUK, Doctor, Mississippi
County Detention Center                                                                DEFENDANTS

## ORDER

Pratcher hasn't filed a free-world application to proceed *in forma pauperis* or maintained a current mailing address with the Clerk. Nos. 3 & 16. The time to do so has passed. This case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2015