IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARQUIS PRATCHER,
ADC #149663                                                          PLAINTIFFS

v.                        No. 3:15-cv-53-DPM-JTR

KRISTINA STANKEWICZ, Nurse;
LUTHER WHITFIELD, Lieutenant; and
STEPANUK, Doctor, Mississippi
County Detention Center                                              DEFENDANTS

JUDGMENT

Pratcher's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2015